UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KOURTNEY S. RODGERS

VERSUS

STATE OF LOUISIANA BOARD
OF NURSING.

CIVIL ACTION

NO. 15-615-JJB

## JUDGMENT

For reasons assigned in the record;

IT IS ORDERED, ADJUDGED AND DECREED, that this action be DISMISSED for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, January 6, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA